IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, Health & Welfare Fund by its trustees Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli and Travis Murakami,<br><br>    Plaintiff(s),<br><br>vs.<br><br>ROBERT J. CORRAL,<br><br>    Defendant. | CV 17-00053 DKW-KSC<br><br>ORDER TO ADOPT MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER TO ADOPT MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 06, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Grant Plaintiff's Motion for Entry of Default Judgment

Against Defendant Robert J. Corral" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 28, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Hawaii Carpenters Trust Funds, et al v Robert J. Corral*; Civil No. 17-00053 DKW KSC; **ORDER TO ADOPT MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**